# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FRANK EDWARD FALCO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-116 |
| AL ST. LAWRENCE, *Sheriff*, LARRY CHISOLM, *District Attorney*, and CONNIE MILES, *Prison Health Services*, | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On April 13, 2011, the Court entered an order advising plaintiff that he failed to state a claim for relief against any named defendant and instructing him to submit an amended complaint within 14 days or face dismissal. (Doc. 12.) The docket reflects that a service copy of the order was mailed to Falco at the Chatham County Detention Center on the same day. The order was returned as undeliverable on April 25, 2011 with a notation stating that he is no longer at that address. (Doc. 13.)

Plaintiff has neglected to provide the Court with a current mailing address. Local Rule 11.1 places a continuing duty on *pro se* litigants to keep the Court apprised of their current address. Without a litigant's

current mailing address, the Court cannot move the case forward or even communicate with plaintiff.[1]

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 4th day of May, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As court policy does not allow pro se litigants to utilize electronic filing, they may only be served by mail. Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means § III(B), available at http://www.gasd.uscourts.gov/pdf/EcfProcedures.pdf (last visited May 3, 2011).

2