UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FRANK EDWARD FALCO,

    Plaintiff,

v.

Case No. CV410-116

AL ST. LAWRENCE, *Sheriff*; LARRY CHISOLM, *District Attorney*; and CONNIE MILES, *Prison Health Services*,

    Defendants.

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 25th day of May, 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA